# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD L. WILDEE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JEFF MACOMBER,<br><br>　　　　Respondent. | No. 2:16-cv-01825-TLN-GGH<br><br><br><br>ORDER |

On November 1, 2017 petitioner requested a report on the status of his case. Respondent filed an Answer to the petition on December 23, 2016, and petitioner filed a Supplement to his pleadings on November 15, 2017. The court will treat petitioner's Supplement as a response to respondent's Answer and place the matter under submission for a formal written Order which will be issued in due course.

**IT IS SO ORDERED**.

Dated: November 29, 2017

　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE